**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: PETERSON, STEVEN PAUL | § | Case No. 14-34341-H |
|     PETERSON, KATHLEEN JANET | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

    1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 22, 2014. The undersigned trustee was appointed on September 22, 2014.

    2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

    4. The trustee realized the gross receipts of      $      35,093.17

| Funds were disbursed in the following amounts: | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 6,395.03 |
| Bank service fees | 138.58 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 28,559.56 |

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

  6. The deadline for filing non-governmental claims in this case was 07/02/2015 and the deadline for filing governmental claims was 07/02/2015.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7. The Trustee's proposed distribution is attached as **Exhibit D**.

  8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,259.32.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $0.00 as interim compensation and now requests the sum of $4,259.32, for a total compensation of $4,259.32.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/03/2016  By: /s/EUGENE CRANE
         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-34341-H  
**Case Name:** PETERSON, STEVEN PAUL  
  PETERSON, KATHLEEN JANET  
**Period Ending:** 03/03/16

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 09/22/14 (f)  
**§341(a) Meeting Date:** 11/05/14  
**Claims Bar Date:** 07/02/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  Residence at 49 South Quentin Road, Palatine, IL<br>Imported from original petition Doc# 1 | 183,000.00 | 0.00 | | 0.00 | FA |
| 2  Property at 7305 Potomac Drive, Port Richey, FL<br>Imported from original petition Doc# 1 | 3,500.00 | 0.00 | | 35,093.17 | FA |
| 3  Timeshare in Neuvo Vallarta<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 4  BMO Harris Bank, P.O. Box 94033 Checking Acct #8<br>Imported from original petition Doc# 1 | 47.37 | 0.00 | | 0.00 | FA |
| 5  Stove/Cooking Unit, Refrigerator, Washer/Dryer,<br>Imported from original petition Doc# 1 | 1,350.00 | 0.00 | | 0.00 | FA |
| 6  All Clothing<br>Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 7  Wedding Rings<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 8  2007 Chrysler 300 4-dr in fair condition<br>Imported from original petition Doc# 1 | 4,070.00 | 0.00 | | 0.00 | FA |
| 9  2003 Chrysler 300 in fair condition<br>Imported from original petition Doc# 1 | 2,096.00 | 0.00 | | 0.00 | FA |
| 10  1997 Yamaha Royal Star motorcycle<br>Imported from original petition Doc# 1 | 700.00 | 693.37 | | 0.00 | FA |
| 11  2012 Hallmark trailer<br>Imported from original petition Doc# 1 | 300.00 | 300.00 | | 0.00 | FA |
| 12  2002 Ford F450 used in debtor's business (Needs<br>Imported from original petition Doc# 1 | 5,000.00 | 2,000.00 | | 0.00 | FA |
| 13  Pets: One cat, one dog (Mixed breeds)<br>Imported from original petition Doc# 1 | 2.00 | 2.00 | | 0.00 | FA |
| 13  Assets  Totals (Excluding unknown values) | **$201,315.37** | **$2,995.37** | | **$35,093.17** | **$0.00** |

**Major Activities Affecting Case Closing:**

  1/04/2016: Filed Mt to Employ Lois West (dk)

  10/07/2015: FIled motion to sell Florida RE; hearing on October 28th; Judge Cox (dk)

  03/31/2015: Debtors will make an offer on various parcels of real estate. Claim Bar Date req'td (dk)

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-34341-H  
**Case Name:** PETERSON, STEVEN PAUL  
　　　　　　　PETERSON, KATHLEEN JANET  
**Period Ending:** 03/03/16

**Trustee:**　(330350)　EUGENE CRANE  
**Filed (f) or Converted (c):** 09/22/14 (f)  
**§341(a) Meeting Date:** 11/05/14  
**Claims Bar Date:** 07/02/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

01/21/2015: CHSW&C employed as counsel to Trustee;  Motion to Compel Turn Over of Docs continued to 2/4 @ 10:00 (jm)

**Initial Projected Date Of Final Report (TFR):**　December 31, 2016　　**Current Projected Date Of Final Report (TFR):**　December 31, 2016

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-34341-H  
**Case Name:** PETERSON, STEVEN PAUL  
PETERSON, KATHLEEN JANET  
**Taxpayer ID #:** **-***2531  
**Period Ending:** 03/03/16  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2966 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/17/15 | | Keystone Title Agency, Inc. | Proceeds from sale of 7305 Potomac, Port Richey, FL | | | 28,718.42 | | 28,718.42 |
| | {2} | | Gross Proceeds from sale of 7305 Potomac Dr. | 35,093.17 | 1110-000 | | | 28,718.42 |
| | | | Realtor commission/Fees | -2,395.00 | 3510-000 | | | 28,718.42 |
| | | | Title Insurance Costs | -1,041.25 | 2500-000 | | | 28,718.42 |
| | | | State Tax/Stamps costs | -245.00 | 2820-000 | | | 28,718.42 |
| | | | Recording costs with Pasco County Recorder of Deeds | -200.00 | 2500-000 | | | 28,718.42 |
| | | | 2015 Real Estate Taxes prorated | -739.30 | 2820-000 | | | 28,718.42 |
| | | | Gov't surcharge to Title company | -3.28 | 2500-000 | | | 28,718.42 |
| | | | Payoff of Pasco County Paving Assessment | -1,005.92 | 2500-000 | | | 28,718.42 |
| | | | Plumbing Fees for installation of hot water heater | -745.00 | 3992-000 | | | 28,718.42 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 13.76 | 28,704.66 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 45.41 | 28,659.25 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 39.74 | 28,619.51 |
| 02/09/16 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #14-34341, Bond Number 10BSBGR6291 Voided on 02/09/16 | | 2300-003 | | 19.71 | 28,599.80 |
| 02/09/16 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #14-34341, Bond Number 10BSBGR6291 Voided: check issued on 02/09/16 | | 2300-003 | | -19.71 | 28,619.51 |
| 02/09/16 | 102 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #14-34341, Bond Number 10BSBGR6291 | | 2300-000 | | 20.28 | 28,599.23 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 39.67 | 28,559.56 |

Subtotals: $28,718.42 $158.86

{} Asset reference(s)

Printed: 03/03/2016 04:42 PM V.13.25

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-34341-H  **Trustee:** EUGENE CRANE (330350)
**Case Name:** PETERSON, STEVEN PAUL  **Bank Name:** Rabobank, N.A.
PETERSON, KATHLEEN JANET  **Account:** ******2966 - Checking Account
**Taxpayer ID #:** **-***2531  **Blanket Bond:** $5,000,000.00 (per case limit)
**Period Ending:** 03/03/16  **Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 28,718.42 | 158.86 | $28,559.56 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 28,718.42 | 158.86 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $28,718.42 | $158.86 | |

```
         Net Receipts :     28,718.42
  Plus Gross Adjustments :   6,374.75
                          _____
           Net Estate :    $35,093.17
```

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******2966** | 28,718.42 | 158.86 | 28,559.56 |
| | $28,718.42 | $158.86 | $28,559.56 |

# Claims Proposed Distribution

### Case:  14-34341-H   PETERSON, STEVEN PAUL

**Case Balance:**  $28,559.56     **Total Proposed Payment:**  $28,559.56     **Remaining Balance:**  $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | Crane, Heyman, Simon, Welch & Clar | Admin Ch. 7 | 160.20 | 160.20 | 0.00 | 160.20 | 160.20 | 28,399.36 |
|  | <3120-00   Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
|  | Crane, Heyman, Simon, Welch & Clar | Admin Ch. 7 | 10,416.50 | 10,416.50 | 0.00 | 10,416.50 | 10,416.50 | 17,982.86 |
|  | <3110-00   Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
|  | EUGENE CRANE | Admin Ch. 7 | 4,259.32 | 4,259.32 | 0.00 | 4,259.32 | 4,259.32 | 13,723.54 |
|  | <2100-00   Trustee Compensation> | | | | | | | |
|  | Popowcer Katten, Ltd. | Admin Ch. 7 | 918.00 | 918.00 | 0.00 | 918.00 | 918.00 | 12,805.54 |
|  | <3410-00   Accountant for Trustee Fees (Other Firm)> | | | | | | | |
| 1 | Quantum3 Group LLC as agent for | Unsecured | 879.35 | 879.35 | 0.00 | 879.35 | 701.11 | 12,104.43 |
| 2 | Suburban Endocrinology and Diabetes | Unsecured | 233.00 | 233.00 | 0.00 | 233.00 | 185.77 | 11,918.66 |
| 3 | Dex One | Unsecured | 2,370.66 | 2,370.66 | 0.00 | 2,370.66 | 1,890.13 | 10,028.53 |
| 4 | Capital One Bank (USA), N.A. | Unsecured | 563.09 | 563.09 | 0.00 | 563.09 | 448.95 | 9,579.58 |
| 5 | Capital One Bank (USA), N.A. | Unsecured | 3,276.35 | 3,276.35 | 0.00 | 3,276.35 | 2,612.24 | 6,967.34 |
| 6 | Capital One Bank (USA), N.A. | Unsecured | 2,680.37 | 2,680.37 | 0.00 | 2,680.37 | 2,137.07 | 4,830.27 |
| 7 | Capital One Bank (USA), N.A. | Unsecured | 3,402.16 | 3,402.16 | 0.00 | 3,402.16 | 2,712.55 | 2,117.72 |
| 8 | American Express Bank, FSB | Unsecured | 2,244.10 | 2,244.10 | 0.00 | 2,244.10 | 1,789.23 | 328.49 |
| 9 | Ashley Funding Services, LLC its successors and | Unsecured | 412.00 | 412.00 | 0.00 | 412.00 | 328.49 | 0.00 |
|  | **Total for Case 14-34341 :** | | **$31,815.10** | **$31,815.10** | **$0.00** | **$31,815.10** | **$28,559.56** | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $15,754.02 | $15,754.02 | $0.00 | $15,754.02 | 100.000000% |
| **Total Unsecured Claims :** | $16,061.08 | $16,061.08 | $0.00 | $12,805.54 | 79.730255% |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 14-34341-H
Case Name: PETERSON, STEVEN PAUL
Trustee Name: EUGENE CRANE

**Balance on hand:** $ 28,559.56

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 28,559.56

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 4,259.32 | 0.00 | 4,259.32 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 10,416.50 | 0.00 | 10,416.50 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 160.20 | 0.00 | 160.20 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 918.00 | 0.00 | 918.00 |

Total to be paid for chapter 7 administration expenses: $ 15,754.02
Remaining balance: $ 12,805.54

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 12,805.54

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 12,805.54 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,061.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 79.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 879.35 | 0.00 | 701.11 |
| 2 | Suburban Endocrinology and Diabetes | 233.00 | 0.00 | 185.77 |
| 3 | Dex One | 2,370.66 | 0.00 | 1,890.13 |
| 4 | Capital One Bank (USA), N.A. | 563.09 | 0.00 | 448.95 |
| 5 | Capital One Bank (USA), N.A. | 3,276.35 | 0.00 | 2,612.24 |
| 6 | Capital One Bank (USA), N.A. | 2,680.37 | 0.00 | 2,137.07 |
| 7 | Capital One Bank (USA), N.A. | 3,402.16 | 0.00 | 2,712.55 |
| 8 | American Express Bank, FSB | 2,244.10 | 0.00 | 1,789.23 |
| 9 | Ashley Funding Services, LLC its successors and | 412.00 | 0.00 | 328.49 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 12,805.54 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**