**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In re: | PETERSON, STEVEN PAUL | § | Case No. 14-34341-H |
| | PETERSON, KATHLEEN JANET | § | |
| | | § | |
| Debtor(s) | | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>EUGENE CRANE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 04/07/2016 in Courtroom 680, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/10/2016      By:   /s/Eugene Crane
                                   Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: PETERSON, STEVEN PAUL § Case No. 14-34341-H
   PETERSON, KATHLEEN JANET §
   §
Debtor(s) §

# SUMMARY OF TRUSTEE'S FINAL REPORT
# AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 35,093.17 |
| *and approved disbursements of* | $ 6,533.61 |
| *leaving a balance on hand of* [1] | $ 28,559.56 |
| **Balance on hand:** | $ 28,559.56 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 28,559.56 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 4,259.32 | 0.00 | 4,259.32 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 10,416.50 | 0.00 | 10,416.50 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 160.20 | 0.00 | 160.20 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 918.00 | 0.00 | 918.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 15,754.02 |
| Remaining balance: | $ 12,805.54 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 12,805.54

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 12,805.54

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,061.08 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 79.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 879.35 | 0.00 | 701.11 |
| 2 | Suburban Endocrinology and Diabetes | 233.00 | 0.00 | 185.77 |
| 3 | Dex One | 2,370.66 | 0.00 | 1,890.13 |
| 4 | Capital One Bank (USA), N.A. | 563.09 | 0.00 | 448.95 |
| 5 | Capital One Bank (USA), N.A. | 3,276.35 | 0.00 | 2,612.24 |
| 6 | Capital One Bank (USA), N.A. | 2,680.37 | 0.00 | 2,137.07 |
| 7 | Capital One Bank (USA), N.A. | 3,402.16 | 0.00 | 2,712.55 |
| 8 | American Express Bank, FSB | 2,244.10 | 0.00 | 1,789.23 |
| 9 | Ashley Funding Services, LLC its successors and | 412.00 | 0.00 | 328.49 |

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 12,805.54 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/EUGENE CRANE
Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Steven Paul Peterson  
Kathleen Janet Peterson  
    Debtors  

Case No. 14-34341-JPC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: dross     Page 1 of 2     Date Rcvd: Mar 11, 2016  
                 Form ID: pdf006    Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2016.

```
db/jdb        +Steven Paul Peterson,  Kathleen Janet Peterson,  49 South Quentin Road,
               Palatine, IL 60067-5938
aty           +Crane Heyman Simon Welch & Clar,  135 S Lasalle St Ste 1540,  Chicago, IL 60603-4101
22429856      +ACL Laboratories,  3000 N. Halsted Street,  Suite 201,  Chicago, IL 60657-5190
22429858      +American Express,  P.O. Box 297871,  Fort Lauderdale, FL 33329-7871
23274880       American Express Bank, FSB,  c o Becket and Lee LLP,  POB 3001,  Malvern, PA 19355-0701
22429862      +Balanced Healthcare Receivables LLC,  164 Burke Street, Suite 201,  Nashua, NH 03060-4783
22429864     ++CAPITAL ONE,  PO BOX 30285,  SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,  P.O. Box 85520,  Richmond, VA 23285)
23208877       Capital One Bank (USA), N.A.,  PO Box 71083,  Charlotte, NC  28272-1083
22429865      +Captol One,  26525 N. Riverwoods Blvd.,  Lake Forest, IL 60045-3440
22429866      +Captol One,  PO Box 85520,  Richmond, VA 23285-5520
22429867      +Chase,  P.O. Box 15298,  Wilmington, DE 19850-5298
22429868      +Comenity Bank / Carsons,  3100 Easton Square Pl.,  Columbus, OH 43219-6232
22429869       Dennis A Brebner & Associates,  860 Northpoint Blvd,  Waukegan, IL 60085-8211
22429870       Dex Media,  Attn: Client Care,  Bristol, TN 37620
22429871      +Dex One,  1001 Winstead Dr.,  Cary, NC 27513-2155
22429872       Direct Merchant's Bank/Capital One,  P.O. Box 71105,  Charlotte, NC 28272-1105
22429874      +Freedman, Anselmo, Lindberg, LLC,  1771 W. Diehl. Rd., Suite 150,  PO Box 3228,
               Naperville, IL 60566-3228
22429875       Lab Corp. of America Holdings,  P.O. Box 2240,  Burlington, NC 27216-2240
22429876      +MBB,  1460 Renaissance Dr,  Park Ridge, IL 60068-1331
22429878      #Orthopaedic Surgery Specialists Ltd,  P.O. Box 2404,  Bedford Park, IL 60499-2404
22429879      +P. Scott Lowery, P.C.,  5680 Greenwood Plaza Blvd,  Suite 500, Greenwood Village,
               Englewood, CO 80111-2414
22429880      +Pasco County Commission/Paving,  4454 Grand Blvd,  New Port Richey, FL 34652-5402
22429881       Quest Diagnostics,  P.O. Box 809403,  Chicago, IL 60680-9403
22429882       R&B Recbls Mana,  860  S. Northport Blvd,  Palatine, IL 60095
22429884      +Suburban Endocrinology and Diabetes,  2101 S. Arlington Heights Road,  Suite 111,
               Arlington Heights, IL 60005-4197
22429885       Susan Green, D.C.,  2070 N. Rand Road,  Palatine, IL 60074-2595
22429886      +The Medical Care Group,  P.O. Box 0404,  Des Plaines, IL 60016-0007
22429888       Wells Fargo,  P.O. Box 105693,  Atlanta, GA 30348-5693
24223381      +Wells Fargo Bank, N.A.,  c/o Pierce & Associates,  1 N. Dearborn, Suite 1300,
               Chicago, IL 60602-4321
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
22429857      +E-mail/Text: bkrpt@retrievalmasters.com Mar 12 2016 01:43:19      AMCA,
               2269 S. Saw Mill River Rd,  Elmsford, NY 10523-3832
22429859      +E-mail/Text: bkrpt@retrievalmasters.com Mar 12 2016 01:43:19
               American Medical Collection Agency,  4 Wet chester Plaza,  Suite 110,
               Elmsford, NY 10523-1615
22429861      +E-mail/Text: RBALTAZAR@ARMORSYS.COM Mar 12 2016 01:45:13      Armor Systems Co,
               1700 Kiefer Dr, Suite 1,  Zion, IL 60099-5105
23418291       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 12 2016 01:39:43
               Ashley Funding Services, LLC its successors and,  assigns as assignee of Laboratory,
               Corporation of America Holdings,  Resurgent Capital Services,  PO Box 10587,
               Greenville, SC 29603-0587
22429863      +E-mail/Text: ebn@squaretwofinancial.com Mar 12 2016 01:44:12      Cach, LLC,
               4340 S. Monaco St, Unit 2,  Denver, CO 80237-3581
22429873       E-mail/Text: mrdiscen@discover.com Mar 12 2016 01:42:06      Discover Fin Svs,  PO Box 15316,
               Wilmington, DE 19850
22429877      +E-mail/Text: mmrgbk@miramedrg.com Mar 12 2016 01:43:38      Miramed Revenue Group,
               991 Oak Creek Drive,  Lombard, IL 60148-6408
23145171       E-mail/Text: bnc-quantum@quantum3group.com Mar 12 2016 01:43:05
               Quantum3 Group LLC as agent for,  Comenity Bank,  PO Box 788,  Kirkland, WA  98083-0788
22429883      +E-mail/Text: bankruptcy@sw-credit.com Mar 12 2016 01:43:37      Southwest Credit,
               4120 International Parkway,  Carrollton, TX 75007-1958
22429887       E-mail/Text: bnc@ursi.com Mar 12 2016 01:42:13      United Recovery Systems, LP,
               P.O. Box 722929,  Houston, TX 77272-2929
                                                                                              TOTAL: 10
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22429860      ##+AR Concepts,  33 W. Higgins Rd., Suite 715,  Barrington, IL 60010-9103
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: dross                 Page 2 of 2               Date Rcvd: Mar 11, 2016
                              Form ID: pdf006             Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2016 at the address(es) listed below:

```
              Andrew J Nelson    on behalf of Creditor    WELLS FARGO BANK, N.A. anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Craig  Bizar    on behalf of Debtor 1 Steven Paul Peterson craig@bizardoylelaw.com
              Craig  Bizar    on behalf of Debtor 2 Kathleen Janet Peterson craig@bizardoylelaw.com
              Eugene  Crane    on behalf of Trustee Eugene  Crane ecrane@craneheyman.com,
               jmunoz@craneheyman.com;dkobrynski@craneheyman.com;gheyman@craneheyman.com
              Eugene  Crane    ecrane@craneheyman.com,
               il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard G. Fonfrias    on behalf of Debtor 1 Steven Paul Peterson flgbkcourtmail@gmail.com,
               rfonfrias2025@gmail.com;cn2gand@gmail.com,rfonfriasecfcourt@gmail.com,jennifer@mycasesupport.com,
               bamse.lex@gmail.com,pd-law-EGMvpYCskq@mycasemail.com,heath@casedriver.com
              Richard G. Fonfrias    on behalf of Debtor 2 Kathleen Janet Peterson flgbkcourtmail@gmail.com,
               rfonfrias2025@gmail.com;cn2gand@gmail.com,rfonfriasecfcourt@gmail.com,jennifer@mycasesupport.com,
               bamse.lex@gmail.com,pd-law-EGMvpYCskq@mycasemail.com,heath@casedriver.com
                                                                                             TOTAL: 8
```