**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: PETERSON, STEVEN PAUL § Case No. 14-34341-H
PETERSON, KATHLEEN JANET §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

  EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $197,815.37 | Assets Exempt: $15,320.00 |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants: $12,805.54 | Claims Discharged Without Payment: $28,717.81 |
| Total Expenses of Administration: $22,287.63 | |

  3) Total gross receipts of $ 35,093.17 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $35,093.17 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $193,090.18 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 22,287.63 | 22,287.63 | 22,287.63 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 38,458.55 | 16,061.08 | 16,061.08 | 12,805.54 |
| **TOTAL DISBURSEMENTS** | $231,548.73 | $38,348.71 | $38,348.71 | $35,093.17 |

4) This case was originally filed under Chapter 7 on September 22, 2014. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/11/2016           By: /s/EUGENE CRANE
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Property at 7305 Potomac Drive, Port Richey, FL | 1110-000 | 35,093.17 |
| **TOTAL GROSS RECEIPTS** | | **$35,093.17** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo | 4110-000 | 193,090.18 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$193,090.18** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 4,259.32 | 4,259.32 | 4,259.32 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 10,416.50 | 10,416.50 | 10,416.50 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 160.20 | 160.20 | 160.20 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 918.00 | 918.00 | 918.00 |
| Keystone Title Agency, Inc. | 3510-000 | N/A | 2,395.00 | 2,395.00 | 2,395.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Keystone Title Agency, Inc. | 2500-000 | N/A | 1,041.25 | 1,041.25 | 1,041.25 |
| Keystone Title Agency, Inc. | 2820-000 | N/A | 245.00 | 245.00 | 245.00 |
| Keystone Title Agency, Inc. | 2500-000 | N/A | 200.00 | 200.00 | 200.00 |
| Keystone Title Agency, Inc. | 2820-000 | N/A | 739.30 | 739.30 | 739.30 |
| Keystone Title Agency, Inc. | 2500-000 | N/A | 3.28 | 3.28 | 3.28 |
| Keystone Title Agency, Inc. | 2500-000 | N/A | 1,005.92 | 1,005.92 | 1,005.92 |
| Keystone Title Agency, Inc. | 3992-000 | N/A | 745.00 | 745.00 | 745.00 |
| Rabobank, N.A. | 2600-000 | N/A | 13.76 | 13.76 | 13.76 |
| Rabobank, N.A. | 2600-000 | N/A | 45.41 | 45.41 | 45.41 |
| Rabobank, N.A. | 2600-000 | N/A | 39.74 | 39.74 | 39.74 |
| Arthur B. Levine Company | 2300-000 | N/A | 20.28 | 20.28 | 20.28 |
| Rabobank, N.A. | 2600-000 | N/A | 39.67 | 39.67 | 39.67 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $22,287.63 | $22,287.63 | $22,287.63 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC agent for Comenity Bank | 7100-000 | 879.00 | 879.35 | 879.35 | 701.11 |
| 2 | Suburban Endocrinology and Diabetes | 7100-000 | 368.00 | 233.00 | 233.00 | 185.77 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | Dex One | 7100-000 | 1,416.12 | 2,370.66 | 2,370.66 | 1,890.13 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | 563.00 | 563.09 | 563.09 | 448.95 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | 3,276.00 | 3,276.35 | 3,276.35 | 2,612.24 |
| 6 | Capital One Bank (USA), N.A. | 7100-000 | 2,680.00 | 2,680.37 | 2,680.37 | 2,137.07 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | 3,402.16 | 3,402.16 | 3,402.16 | 2,712.55 |
| 8 | American Express Bank, FSB | 7100-000 | 0.00 | 2,244.10 | 2,244.10 | 1,789.23 |
| 9 | Ashley Funding Services LLC as assignee of Laboratory | 7100-000 | 412.00 | 412.00 | 412.00 | 328.49 |
| NOTFILED | MBB | 7100-000 | 461.00 | N/A | N/A | 0.00 |
| NOTFILED | Miramed Revenue Group | 7100-000 | 98.00 | N/A | N/A | 0.00 |
| NOTFILED | Direct Merchant's Bank/Capital One | 7100-000 | 8,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover Fin Svs | 7100-000 | 386.00 | N/A | N/A | 0.00 |
| NOTFILED | Freedman, Anselmo, Lindberg, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Dennis A Brebner & Associates | 7100-000 | 262.23 | N/A | N/A | 0.00 |
| NOTFILED | Southwest Credit | 7100-000 | 184.00 | N/A | N/A | 0.00 |
| NOTFILED | Susan Green, D.C. | 7100-000 | 105.00 | N/A | N/A | 0.00 |
| NOTFILED | R&B Recbls Mana | 7100-000 | 262.00 | N/A | N/A | 0.00 |
| NOTFILED | Pasco County Commission/Paving | 7100-000 | 926.82 | N/A | N/A | 0.00 |
| NOTFILED | Quest Diagnostics | 7100-000 | 124.00 | N/A | N/A | 0.00 |
| NOTFILED | Orthopaedic Surgery Specialists Ltd | 7100-000 | 377.00 | N/A | N/A | 0.00 |
| NOTFILED | P. Scott Lowery, P.C. | 7100-000 | 8,273.88 | N/A | N/A | 0.00 |
| NOTFILED | The Medical Care Group | 7100-000 | 671.48 | N/A | N/A | 0.00 |
| NOTFILED | Armor Systems Co | 7100-000 | 442.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 1,454.96 | N/A | N/A | 0.00 |
| NOTFILED | Balanced Healthcare Receivables LLC | 7100-000 | 169.00 | N/A | N/A | 0.00 |
| NOTFILED | AMCA | 7100-000 | 412.00 | N/A | N/A | 0.00 |
| NOTFILED | AR Concepts | 7100-000 | 172.00 | N/A | N/A | 0.00 |
| NOTFILED | Captol One | 7100-000 | 2,502.00 | N/A | N/A | 0.00 |
| NOTFILED | ACL Laboratories | 7100-000 | 178.90 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$38,458.55** | **$16,061.08** | **$16,061.08** | **$12,805.54** |

## Form 1

### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 14-34341-H  
**Case Name:** PETERSON, STEVEN PAUL  
               PETERSON, KATHLEEN JANET  
**Period Ending:** 05/11/16

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 09/22/14 (f)  
**§341(a) Meeting Date:** 11/05/14  
**Claims Bar Date:** 07/02/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---:|---:|---|---:|---:|
| 1   Residence at 49 South Quentin Road, Palatine, IL<br>Imported from original petition Doc# 1 | 183,000.00 | 0.00 | | 0.00 | FA |
| 2   Property at 7305 Potomac Drive, Port Richey, FL<br>Imported from original petition Doc# 1 | 3,500.00 | 0.00 | | 35,093.17 | FA |
| 3   Timeshare in Neuvo Vallarta<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 4   BMO Harris Bank, P.O. Box 94033 Checking Acct #8<br>Imported from original petition Doc# 1 | 47.37 | 0.00 | | 0.00 | FA |
| 5   Stove/Cooking Unit, Refrigerator, Washer/Dryer,<br>Imported from original petition Doc# 1 | 1,350.00 | 0.00 | | 0.00 | FA |
| 6   All Clothing<br>Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 7   Wedding Rings<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 8   2007 Chrysler 300 4-dr in fair condition<br>Imported from original petition Doc# 1 | 4,070.00 | 0.00 | | 0.00 | FA |
| 9   2003 Chrysler 300 in fair condition<br>Imported from original petition Doc# 1 | 2,096.00 | 0.00 | | 0.00 | FA |
| 10  1997 Yamaha Royal Star motorcycle<br>Imported from original petition Doc# 1 | 700.00 | 693.37 | | 0.00 | FA |
| 11  2012 Hallmark trailer<br>Imported from original petition Doc# 1 | 300.00 | 300.00 | | 0.00 | FA |
| 12  2002 Ford F450 used in debtor's business (Needs<br>Imported from original petition Doc# 1 | 5,000.00 | 2,000.00 | | 0.00 | FA |
| 13  Pets: One cat, one dog (Mixed breeds)<br>Imported from original petition Doc# 1 | 2.00 | 2.00 | | 0.00 | FA |
| **13  Assets    Totals** (Excluding unknown values) | **$201,315.37** | **$2,995.37** | | **$35,093.17** | **$0.00** |

**Major Activities Affecting Case Closing:**

    03/10/2016: TFR filed with Court, Hearing set for 04/07 (dk)  
    03/04/2016: Filed TFR with USTO for review (dk)  
    1/04/2016: Filed Mt to Employ Lois West (dk)

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 14-34341-H  
**Case Name:** PETERSON, STEVEN PAUL  
               PETERSON, KATHLEEN JANET  
**Period Ending:** 05/11/16

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 09/22/14 (f)  
**§341(a) Meeting Date:** 11/05/14  
**Claims Bar Date:** 07/02/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

10/07/2015: Flled motion to sell Florida RE; hearing on October 28th; Judge Cox (dk)

03/31/2015: Debtors will make an offer on various parcels of real estate. Claim Bar Date req'td (dk)

01/21/2015: CHSW&C employed as counsel to Trustee;  Motion to Compel Turn Over of Docs continued to 2/4 @ 10:00 (jm)

**Initial Projected Date Of Final Report (TFR):**    December 31, 2016    **Current Projected Date Of Final Report (TFR):**    March 10, 2016  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-34341-H  
**Case Name:** PETERSON, STEVEN PAUL  
PETERSON, KATHLEEN JANET  
**Taxpayer ID #:** **-***2531  
**Period Ending:** 05/11/16  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2966 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/17/15 | | Keystone Title Agency, Inc. | Proceeds from sale of 7305 Potomac, Port Richey, FL | | | 28,718.42 | | 28,718.42 |
| | {2} | | Gross Proceeds from sale of 7305 Potomac Dr. | 35,093.17 | 1110-000 | | | 28,718.42 |
| | | | Realtor commission/Fees | -2,395.00 | 3510-000 | | | 28,718.42 |
| | | | Title Insurance Costs | -1,041.25 | 2500-000 | | | 28,718.42 |
| | | | State Tax/Stamps costs | -245.00 | 2820-000 | | | 28,718.42 |
| | | | Recording costs with Pasco County Recorder of Deeds | -200.00 | 2500-000 | | | 28,718.42 |
| | | | 2015 Real Estate Taxes prorated | -739.30 | 2820-000 | | | 28,718.42 |
| | | | Gov't surcharge to Title company | -3.28 | 2500-000 | | | 28,718.42 |
| | | | Payoff of Pasco County Paving Assessment | -1,005.92 | 2500-000 | | | 28,718.42 |
| | | | Plumbing Fees for installation of hot water heater | -745.00 | 3992-000 | | | 28,718.42 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 13.76 | 28,704.66 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 45.41 | 28,659.25 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 39.74 | 28,619.51 |
| 02/09/16 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #14-34341, Bond Number 10BSBGR6291 Voided on 02/09/16 | | 2300-003 | | 19.71 | 28,599.80 |
| 02/09/16 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #14-34341, Bond Number 10BSBGR6291 Voided: check issued on 02/09/16 | | 2300-003 | | -19.71 | 28,619.51 |
| 02/09/16 | 102 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #14-34341, Bond Number 10BSBGR6291 | | 2300-000 | | 20.28 | 28,599.23 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 39.67 | 28,559.56 |
| 04/08/16 | 103 | EUGENE CRANE | Dividend paid 100.00% on $4,259.32, Trustee Compensation; Reference: | | 2100-000 | | 4,259.32 | 24,300.24 |
| 04/08/16 | 104 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $918.00, | | 3410-000 | | 918.00 | 23,382.24 |

Subtotals : $28,718.42 $5,336.18

{} Asset reference(s)  
Printed: 05/11/2016 04:29 PM V.13.25

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-34341-H  
**Case Name:** PETERSON, STEVEN PAUL  
PETERSON, KATHLEEN JANET  
**Taxpayer ID #:** **-***2531  
**Period Ending:** 05/11/16  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2966 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
|  |  |  | Accountant for Trustee Fees (Other Firm); Reference: |  |  |  |  |
| 04/08/16 | 105 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $10,416.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 |  | 10,416.50 | 12,965.74 |
| 04/08/16 | 106 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $160.20, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 |  | 160.20 | 12,805.54 |
| 04/08/16 | 107 | Quantum3 Group LLC agent for Comenity Bank | Dividend paid 79.73% on $879.35; Claim# 1; Filed: $879.35; Reference: | 7100-000 |  | 701.11 | 12,104.43 |
| 04/08/16 | 108 | Suburban Endocrinology and Diabetes | Dividend paid 79.73% on $233.00; Claim# 2; Filed: $233.00; Reference: | 7100-000 |  | 185.77 | 11,918.66 |
| 04/08/16 | 109 | Dex One | Dividend paid 79.73% on $2,370.66; Claim# 3; Filed: $2,370.66; Reference: | 7100-000 |  | 1,890.13 | 10,028.53 |
| 04/08/16 | 110 | Capital One Bank (USA), N.A. | Dividend paid 79.73% on $563.09; Claim# 4; Filed: $563.09; Reference: | 7100-000 |  | 448.95 | 9,579.58 |
| 04/08/16 | 111 | Capital One Bank (USA), N.A. | Dividend paid 79.73% on $3,276.35; Claim# 5; Filed: $3,276.35; Reference: | 7100-000 |  | 2,612.24 | 6,967.34 |
| 04/08/16 | 112 | Capital One Bank (USA), N.A. | Dividend paid 79.73% on $2,680.37; Claim# 6; Filed: $2,680.37; Reference: | 7100-000 |  | 2,137.07 | 4,830.27 |
| 04/08/16 | 113 | Capital One Bank (USA), N.A. | Dividend paid 79.73% on $3,402.16; Claim# 7; Filed: $3,402.16; Reference: | 7100-000 |  | 2,712.55 | 2,117.72 |
| 04/08/16 | 114 | American Express Bank, FSB | Dividend paid 79.73% on $2,244.10; Claim# 8; Filed: $2,244.10; Reference: | 7100-000 |  | 1,789.23 | 328.49 |
| 04/08/16 | 115 | Ashley Funding Services LLC as assignee of Laboratory Corp. | Dividend paid 79.73% on $412.00; Claim# 9; Filed: $412.00; Reference: | 7100-000 |  | 328.49 | 0.00 |
|  |  |  | **ACCOUNT TOTALS** |  | 28,718.42 | 28,718.42 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 0.00 | 0.00 |  |
|  |  |  | **Subtotal** |  | 28,718.42 | 28,718.42 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$28,718.42** | **$28,718.42** |  |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 14-34341-H | **Trustee:** EUGENE CRANE (330350) |
| **Case Name:** PETERSON, STEVEN PAUL | **Bank Name:** Rabobank, N.A. |
| PETERSON, KATHLEEN JANET | **Account:** ******2966 - Checking Account |
| **Taxpayer ID #:** **-***2531 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 05/11/16 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts: 28,718.42 | | | | | |
| | | Plus Gross Adjustments: 6,374.75 | | | | | |
| | | Net Estate: $35,093.17 | | | | | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******2966** | 28,718.42 | 28,718.42 | 0.00 |
| | $28,718.42 | $28,718.42 | $0.00 |

{} Asset reference(s)                                                                                           Printed: 05/11/2016 04:29 PM   V.13.25